UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**HAVERLY WATSON,**                          CIVIL DIVISION

            Plaintiff,                       Case No.

v.

**ARTISUN TANNING and KEVIN**               **COMPLAINT**
**MOORE,**

            Defendant.                       Filed on Behalf of the Plaintiff
                                             HAVERLY WATSON


                                             **JURY TRIAL DEMANDED**


                                             COUNSEL OF RECORD THIS PARTY:



                                             **Kayla H. Drum, Esq.**
                                             PA ID No. 317764

                                             **Kraemer, Manes & Associates**
                                             US Steel Building
                                             600 Grant St, Suite 4875
                                             Pittsburgh, PA 15219
                                             (412) 626-5594 - Direct
                                             (412) 637-0233 - Fax
                                             kd@lawkm.com

## COMPLAINT

NOW COMES the Plaintiff, Haverly Watson (hereinafter "Watson"), by and through her counsel Kayla Drum, Esq. and Kraemer, Manes & Associates, LLC files this Complaint against Artisun Tanning and Kevin Moore (hereinafter "Defendant" and "Defendant Moore") alleging the following:

### I. Nature of the Action

1.      This is an action for equitable relief as well as monetary damages, to redress Defendant's unlawful sex discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et. seq*., and the Pennsylvania Human Relations Act codified as Title 43 P.S. §955(a), ("PHRA").

### II. Jurisdiction and Venue

2.      This Court has jurisdiction under Title VII and supplemental jurisdiction over Plaintiff's related state law claims.  The events or omissions giving rise to these claims occurred within the jurisdiction of the Western District of Pennsylvania, and such Court situated in Pittsburgh is the proper venue for this action. Plaintiff is a resident and citizen of Pennsylvania, a substantial part of the events or omissions giving rise to the claims occurred in Western Pennsylvania, and, therefore, this action is within jurisdiction of the United States District Court for the Western District of Pennsylvania and the venue is proper pursuant to 28 U.S.C. § 1391(b).

### III. Parties

3.      Plaintiff, Haverly Watson is an adult individual who resides at 909 Manifold Rd., Washington, PA 15301.

4. Defendant, Artisun Tanning is a business located at 24 Old Mill Blvd., Washington, PA 15301.

5. Defendant, Kevin Moore, is the Owner and Direct Supervisor for Artisun Tanning, and has a business address of 24 Old Mill Blvd., Washington, PA 15301.

### IV. Facts

6. Watson is a female.

7. When all described-below incidents occurred, Watson was a minor individual, under eighteen years of age.

8. Watson began working for Respondent in or about March 2016.

9. Defendant Moore told Watson's coworkers that she was "so hot" and that he "wanted to fuck" her.

10. Watson witnessed Defendant Moore sexually harass most of the female employees working for him.

11. Watson witnessed Defendant Moore following a female customer into a tanning room and asking her if he could "rub lotion on her body."

12. In mid-April 2016, Watson was terminated for using her cell phone at work and for not addressing Defendant Moore as "sir."

13. Defendant Moore sent Watson harassing text messages after her termination.

### V. ALLEGATIONS

### COUNT I
**42 U.S.C. § 2000 *et. seq***
**Hostile Work Environment**

14. The above paragraphs are incorporated here by reference as though fully set forth at length herein.

15. Watson's protected class is female.

16. Defendant Moore told Watson's coworkers that she was "so hot" and that he "wanted to fuck" her.

17. Watson witnessed Defendant Moore sexually harass most of the female employees working for him.

18. Watson witnessed Defendant Moore following a female customer into a tanning room and asking her if he could "rub lotion on her body."

19. In mid-April 2016, Watson was terminated for using her cell phone at work and for not addressing Defendant Moore as "sir."

20. Defendant Moore sent Watson harassing text messages after her termination.

21. Watson was damaged by Defendant's actions.

## Count II
### PHRA Title 43 P.S. §955(a)
### Hostile Work Environment

22. The above paragraphs are incorporated here by reference as though fully set forth at length herein.

23. Watson's protected class is female.

24. Defendant Moore told Watson's coworkers that she was "so hot" and that he "wanted to fuck" her.

25. Watson witnessed Defendant Moore sexually harass most of the female employees working for him.

26.     Watson witnessed Defendant Moore following a female customer into a tanning room and asking her if he could "rub lotion on her body."

27.     In mid-April 2016, Watson was terminated for using her cell phone at work and for not addressing Defendant Moore as "sir."

28.     Defendant Moore sent Watson harassing text messages after her termination.

29.     Watson was damaged by Defendant's actions.

### Request for Relief

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against the Defendant for the following:

a.     Loss of wages;

b.     Additional punitive damages;

c.     Plaintiff's legal fees;

d.     Pre-judgment and continuing interest;

e.     Court costs; and

f.     Other such relief as the Court may deem just and proper.

Respectfully submitted,

**Kayla Drum, Esq.**
PA ID # 317764
kd@lawkm.com

(412) 626-5594

**KRAEMER, MANES & ASSOCIATES LLC**
US Steel Tower
600 Grant St, Suite 4875
Pittsburgh, PA 15219
(412) 637-0233 Fax

Counsel for Plaintiff